**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Garmor HMMWV Land, Air & Sea

                                        Plaintiff,

        - Against-                                          26-cv-524 (ALC)

Plan B Supply LLC et al

                                        Defendants.

**ANDREW L. CARTER, JR., United States District Judge:**

Given that this case has closed. The Clerk of Court is respectfully directed to

terminate ECF No. 8.

**SO ORDERED.**

Dated: April 2, 2026

        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**